UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

ROY DEN HOLLANDER,    Civil Action No. 08 CV 4045
          Plaintiff,

    v.    **AFFIDAVIT SERVICE**
    **SUMMONS AND COMPLAINT**

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,
          Defendants.
-------------------------------------------------

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK  )

I, Alan Flacks, being duly sworn, depose and say:

    I am not a party in this action, am over the age of 18 years, and reside in New York County, New York. I personally served on the following defendants on the dates and at the addresses indicated one copy of the Summons and Complaint in the above captioned case:

Deborah Swindells Donovan, Esq.    Date: Oct. 17, 2008
Gordon & Rees, LLP
90 Broad Street, 23rd Floor
New York, N.Y. 10004

Paul W. Steinberg, Esq.    Date: Oct. 21, 2008
14 East Fourth Street, Suite 408
New York, N.Y. 10012

                                          _____
                                          Alan Flacks

Sworn to before me on the
23 day of October 2008

_____

Robert Gross
Notary Public, State of New York
No. 01GR8171669
Qualified in Kings County
Commission Expires 07/30/2011