UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROY DEN HOLLANDER, :
: Case No.: 08 CV 4045 (FB)(CLP)
        Plaintiff, :
:
vs. : NOTICE OF APPEARANCE
:
DEBORAH SWINDELLS DONOVAN, :
PAUL W. STEINBERG and JANE DOE, :
:
        **Defendants** :

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant Deborah Swindells Donovan in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

    Diane Krebs
    Dkrebs@gordonrees.com
    Gordon & Rees, LLP
    *Attorneys for Defendant Deborah Swindells Donovan*
    90 Broad Street, 23rd Floor
    New York, New York 10004
    Phone: (212) 269-5500
    Fax: (212) 269-5505

Dated:    New York, New York
           November 6, 2008

                                            Respectfully submitted,

                                            GORDON & REES, LLP

                            By: _____
                                   DIANE KREBS, ESQ. (DK 8280)
                                   *Attorneys for Defendant Deborah Swindells Donovan*
                                   90 Broad Street
                                   New York, New York 10004
                                   (212) 269-5500

To:    <u>via ECF</u>
Roy Den Hollander
545 East 14th Street, 10D
New York, New York 10009
rdhhh@yahoo.com

<u>via US Mail</u>
Paul Steinberg, Esq.
14 East Fourth Street
New York, New York 10012

MGT/8010359/6106190v.1