## ROY DEN HOLLANDER
### Attorney at Law

545 East 14th Street, 10D
New York, NY  10009

Tel. & Fax: (212) 995-5201
Mobile 917 687 0652
rdhhh@yahoo.com

November 7, 2008

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2008 ★
BROOKLYN OFFICE

Judge Frederick Block
Senior United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>**Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(CLP)**</u>

Dear Judge Block:

      I am the attorney representing myself as the plaintiff in the above captioned civil action for copyright infringement.

      In response to attorney Diane Krebs' letter to Your Honor of November 6, 2008, requesting a pre-motion conference in order for defendant Donovan to make a motion to dismiss, the plaintiff does not object to such a conference and will attend. The plaintiff, of course, will oppose the actual motion to dismiss.

      Thank you for your time.

Sincerely,

Roy Den Hollander (1957)

CC:    Diane Krebs, Esq.
          Gordon & Rees LLP
          90 Broad Street, 23rd Floor
          New York, N.Y. 10004
          (212) 269-5500

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012.
(212) 529-5400