FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 13 2008 ★

BROOKLYN OFFICE

**PAUL W. STEINBERG**
ATTORNEY AT LAW
14 EAST FOURTH STREET
NEW YORK, NY 10012-1141

(212) 529-5400

PAULSTEINBERG@NYSBAR.COM

Elizabeth Goddard
Deputy Clerk
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn NY 11201-1818

November 11, 2008

RE:   Roy Den Hollander v. Deborah Swindells Donovan, et. al.
      # 08-CV-4045 (FB) (CLP)

Dear Ms. Goddard:

I am a pro se Defendant in the above-captioned matter, and my practice is confined to state court. As such, I do not have a password to enable electronic filing in the Eastern District.

I would appreciate your guidance as to how your office would prefer that I proceed with filing matter, but Mr. Den Hollander's Summons *(see attached)* references a 30-day time frame which is about to expire. I am submitting herewith a letter in lieu of motion, as I understand this is the procedure desired by the Judge assigned to this case. Of course, I shall send copies of the letter to the other parties.

My apologies in advance if I have erred with regard to procedure. Please do contact me if this needs to be filed electronically or if the letter is otherwise not in accord with the rules of your court. I may be reached at the phone number and e-mail as listed above, or on my cell phone (917-710-4328).

Sincerely,

Paul Steinberg

RECEIVED
NOV 13 2008
PRO SE OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ROY DEN HOLLANDER,

                Plaintiff,

    v.

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,

                Defendants.

-------------------------------------------------------X

SUMMONS

08 4045

BLOCK, J.

POLLAK M.

TO THE DEFENDANTS NAMED ABOVE:

    This document is a summons.

    Each one of you named above is summoned and required to serve an answer to the complaint that was served along with this summons. Each of you must serve your answer to this complaint within 30 days of service of this summons on you. The 30-day period for your answer does not include the day on which you were served with this summons. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

    Your answer to the complaint must be served on Roy Den Hollander, whose address is 545 East 14 Street, 10D, New York, N.Y. 10009, (917) 687-0652. Roy Den Hollander is the attorney and plaintiff in this matter.

    If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint, regardless of what happens with or to any of the other defendants listed above.

ROBERT C. HEINEMANN
Clerk of the Court

Dated: OCT 0 3 2008

*Elizabeth Goddard*
Deputy Clerk