DIANE KREBS
DKREBS@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

February 19, 2009

**VIA ECF**

The Honorable Frederic Block
Senior United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Roy Den Hollander v. Deborah Swindells Donovan, et al.
             Case No.: 08-CV-4045 (FB)(CLP)

Dear Judge Block:

    We represent defendant Deborah Swindells Donovan ("Donovan") in the above-referenced matter.

    Pursuant to the Pre-Motion Conference held on February 6, 2009, Your Honor's Individual Rule 2(D), and consultations with all parties, we provide the Court with the following briefing schedule for Donovan and defendant Paul W. Steinberg's respective motions to dismiss, which schedule has been agreed to by all parties:

| | | |
|---|---|---|
| 1) | Moving papers shall be served on or before: | March 11, 2009 |
| 2) | Opposition papers shall be served on or before: | April 1, 2009 |
| 3) | Reply papers shall be served on or before: | April 17, 2009 |

Thank you for your consideration.

                                      Respectfully submitted,

                                      GORDON & REES LLP

                                      Diane Krebs

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA
ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY

The Honorable Frederic Block
February 19, 2009
Page 2

**Via E-Mail**
Roy Den Hollander, Esq.
Paul W. Steinberg, Esq.

MGT/8010359/6356540v.1