**ROY DEN HOLLANDER**
Attorney at Law

545 East 14th Street, 10D
New York, NY 10009

Tel. & Fax: (212) 995-5201
Mobile 917 687 0652
rdhhh@yahoo.com

February 10, 2009

Judge Frederick Block
Senior United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>**Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(CLP)**</u>

Dear Judge Block:

On Friday, February 6th at the pre-motion conference, defendant Steinberg admitted that he was the one who initially reproduced the six essays, and that he gave them to defendant Swindells-Donovan.

As such, I am withdrawing the following paragraphs of the Complaint as they pertain to defendant Swindells-Donovan: ¶¶ 6, 17, 25 and ¶ 28 now only applies to one essay "A Different Time."

Thank you for your time.

Sincerely,

*Roy Den Hollander*
Roy Den Hollander (1957)

CC:   Diane Krebs, Esq.
      Gordon & Rees LLP
      90 Broad Street, 23rd Floor
      New York, N.Y. 10004
      (212) 269-5500

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012
(212) 529-5400