UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
ROY DEN HOLLANDER,                              Civil Action No.  08 CV 4045
                    Plaintiff,

         v.                                              **AFFIRMATION SERVICE**
                                           **<u>SUPPLEMENTAL COMPLAINT</u>**

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,
                    Defendants.
-------------------------------------------------------



      I, Roy Den Hollander, an attorney admitted to practice in New York State declare under

penalty of perjury that on March 3, 2009, I served a copy of the Supplemental Complaint on the

persons listed below by first class U.S. post with postage paid:

      Diane Krebs, Esq.
      Gordon & Rees LLP
      90 Broad Street, 23rd Floor
      New York, N.Y. 10004

      Paul W. Steinberg, Esq.
      14 East Fourth Street, Suite 408
      New York, N.Y. 10012.


                                       _____
                                   `        `Roy Den Hollander, Esq.
                                     Attorney and plaintiff
                                      545 East 14 Street, 10D
                                      New York, N.Y. 10009
                                      (917) 687-0652