DIANE KREBS
DKREBS@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

March 11, 2009

**VIA EMAIL & U.S. MAIL**

Roy Den Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009

Paul W. Steinberg, Esq.
14 E. 4th Street, Apt. 408
New York, New York 10012

Re:  Roy Den Hollander v. Deborah Swindells Donovan, et al.
     Case No.: 08 CV 04045

Counselors:

As you know, we represent defendant Deborah Swindells Donovan ("Donovan") in this matter. Pursuant to Judge Block's Individual Rule 2(D), we hereby serve the following:

1)  Notice of Motion to Dismiss the Complaint by Donovan;

2)  Declaration of Diane Krebs in Support of Donovan's Motion to Dismiss with exhibits annexed thereto; and

3)  Memorandum of Law in Support of Donovan's Motion to Dismiss.

Very truly yours,

GORDON & REES LLP

Diane Krebs

Enclosures

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA
ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY