**ROY DEN HOLLANDER**
**Attorney at Law**

545 East 14th Street, 10D                                           Tel. & Fax: (212) 995-5201
New York, NY  10009                                                 Mobile 917 687 0652
                                                                    r d h h h @ y a h o o . c o m

April 1, 2008

Senior Judge Frederick Block
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Diane Krebs, Esq.
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, N.Y. 10004

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012

<u>**Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(ECF)**</u>

Dear Judge Block and Counselors:

Pursuant to Judge Block's Individual Rule 2(D), I have served four copies of the Plaintiff's Opposition papers on attorney Diane Krebs in accordance with the agreed to briefing schedule and four copies of the Notice of Cross Motion and Declaration in Support of the Cross Motion to supplement the Complaint.  One set of each is unbound.

In addition, by this letter, I request oral argument.

Thank you for your time.

Sincerely,

/S/

Roy Den Hollander (1957)