UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROY DEN HOLLANDER,                              Case No.: 08 CV 04045 (FB)(LB)

                Plaintiff,

   -against-

DEBORAH SWINDELLS DONOVAN, PAUL W.
STEINBERG, and JANE DOE,

                Defendants.
-----------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Diane Krebs, Esq., dated March 11, 2009 and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings herein, the undersigned hereby moves this Court, before the Honorable Frederic Block, at the courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting the Motion to Dismiss of Defendant Deborah Swindells Donovan for lack of subject matter jurisdiction and/or failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the briefing schedule embodied in the letter to Judge Block dated February 19, 2009, opposition papers shall be served on or before April 1, 2009, and reply papers shall be served on or before April 17, 2009.

Dated: New York, New York
March 11, 2009

Respectfully submitted,

*[signature]*

Diane Krebs (DK 8280)
Gordon & Rees LLP
90 Broad Street
23rd Floor
New York, New York 10004
(212) 269-5500 (telephone)
(212) 269-5505 (facsimile)
dkrebs@gordonrees.com
Attorneys for Defendant
Deborah Swindells Donovan