UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------

ROY DEN HOLLANDER,
                Plaintiff,

    v.

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,
                Defendants.

---------------------------------------------------------

Civil Action No. 08-cv-4045(FB)(ECF)

**NOTICE OF CROSS MOTION**

     PLEASE TAKE NOTICE, that upon this notice of cross motions, attached declaration of Roy Den Hollander, Esq. (the named plaintiff) with exhibits, the named plaintiff moves this Court before Judge Frederick Block, at the courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order under Fed. R. Civ. P. 15(d) granting this Cross Motion to supplement the Complaint with the Supplemental Complaint attached to the Declaration.

     This Cross Motion to supplement shall be served in accordance with the briefing schedule established for the Motion to Dismiss, which is on or before April 1, 2009.

Dated: New York, NY
       April 1, 2009

*Roy Den Hollander*
Roy Den Hollander (RDH 1957)
545 East 14 Street, 10D
New York, NY 10009
(917) 687 0652