UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
ROY DEN HOLLANDER,

                Plaintiff,

                                Civil Action No. 08-cv-4045(FB)(ECF)

      v.

                               **DECLARATION IN SUPPORT**
                               **OF CROSS MOTION**

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,

                Defendants.
-------------------------------------------------------

      I, Roy Den Hollander, an attorney admitted to practice in the State of New York and the Eastern District Court of New York, declare under the penalty of perjury in accordance with 28 U.S.C. § 1746 the following:

      1.    I am fully familiar with the facts of this case. This Declaration is submitted in support of the Cross Motion to Supplement the Complaint.

      2.    The defendants have objected to the first filing of a Supplemental Complaint because it was not done on a motion. Krebs Memorandum of Law p. 1 n. 3.

      3.    The plaintiff, therefore, makes this motion to supplement the original Complaint, attached as Exhibit 1

      4.    The Supplemental Complaint adds not only alternative relief that requests the profits attributable to defendants' infringement of the six essays as provided for under 17 U.S.C. § 504(b) but also damages allegations.

Dated: New York, NY
           April 1, 2009

                                                            Roy Den Hollander (RDH 1957)
                                                             545 East 14 Street, 10D
                                                             New York, NY 10009
                                                             (917) 687 0652