# GORDON & REES LLP

STACEY-ANN FRANCIS
SFRANCIS@GORDONREES.COM

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

April 17, 2009

**VIA HAND & ECF**

The Honorable Frederic Block
Senior United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Roy Den Hollander v. Deborah Swindells Donovan, et al*
           Case No. 08-cv-4045 (FB) (LB)
           Our File No. 8010359

Dear Judge Block:

    We represent defendant Deborah Swindells Donovan ("Donovan") in this matter. Pursuant to Your Honor's motion practices, we enclose courtesy copies of the following:

1) Notice of Motion to Dismiss the Complaint by Donovan;

2) Declaration of Diane Krebs in Support of Donovan's Motion to Dismiss with exhibits annexed thereto;

3) Memorandum of Law in Support of Donovan's Motion to Dismiss;

4) Plaintiff's Notice of Cross-Motion to Supplement Complaint;

5) Plaintiff's Declaration in Support of Cross-Motion with exhibit;

6) Plaintiff's Memorandum of Law in Opposition to Defendants Rules 12(b)(1) & (6) Motions to Dismiss with exhibits annexed thereto;

7) Reply Memorandum of Law in Further Support of Defendant Donovan's Motion to Dismiss and In Opposition to Plaintiff's Cross-Motion to file a Supplemental Complaint; and

8) Supplemental Declaration of Diane Krebs, Esq. with exhibits annexed thereto.

Thank you for your attention to this matter. If your Honor requires anything further, please do not hesitate to contact us.

Very truly yours,

GORDON & REES LLP

Stacey-Ann Francis
Paralegal

Enclosures

cc: *Via ECF and US Mail*
Roy Den Hollander, Esq. (reply papers only)
Paul W. Steinberg, Esq.

MGT/8010359/6540377v.1