UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROY DEN HOLLANDER, :
: Case No.: 08 CV 04045 (FB)(LB)
      Plaintiff, :
:
vs. : NOTICE OF APPEARANCE
:
DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and JANE DOE,:
:
      <u>Defendants</u> :

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant Deborah Swindells Donovan, in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

    Joshua S. Hurwit
    Jhurwit@gordonrees.com
    Gordon & Rees, LLP
    *Attorneys for Defendant Deborah Swindells Donovan*
    90 Broad Street, 23rd Floor
    New York, New York  10004
    Phone: (212) 269-5500
    Fax: (212) 269-5505

Dated:    New York, New York
            May 13, 2009

                                    Respectfully submitted,

                                    GORDON & REES, LLP

                          By: _____
                               JOSHUA S. HURWIT, ESQ.(JSH 1058)
                               *Attorneys for Defendant Deborah Swindells Donovan*
                               90 Broad Street
                               New York, New York  10004
                               (212)  269-5500

To: <u>via ECF</u>
Roy Den Hollander, Esq.
545 East 14th Street, 10D
New York, New York 10009
rdhhh@yahoo.com

Paul W. Steinberg, Esq.
14 E. 4th Street, Apt. 408
New York, New York 10012
PaulSteinberg@nysbar.com