UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------
ROY DEN HOLLANDER,
                          Plaintiff,

                                                        Case No. 08-cv-4045(FB)(ECF)

        v.

DEBORAH SWINDELLS-DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,
                          Defendants.
-----------------------------------------------------

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that Roy Den Hollander, the plaintiff, cross-moves this Court, before the Honorable Frederic Block, at the courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Fed. R. Civ. P. 56 and in accordance with Judge Block's Memorandum and Order, dated November 18, 2009, for summary judgment in favor of the plaintiff on the ground there is no genuine issue of material fact and the plaintiff is entitled to judgment as a matter of law in his favor, and granting such other relief as may be appropriate.

      This cross-motion is based on this Notice of Motion, the accompanying Statement of Material Facts, the Declaration of Roy Den Hollander, and the Memorandum of Law and on all the records in this action.

Dated:  December 12, 2009
           New York, N.Y.                                                   /S/
                                                                       _____
                                                                       Roy Den Hollander, Esq.
                                                                       Attorney and plaintiff
                                                                       545 East 14 Street, 10D
                                                                       New York, N.Y. 10009
                                                                       (917) 687-0652