**Den Hollander Decl.
Exhibit B**





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 4 of 7 entries

[previous] [next]

Labeled View

*Stupid frigging fool.*

                   **Type of Work:** Text
**Registration Number / Date:** TXu001053401 / 2002-04-20
                             **Title:** Stupid frigging fool.
                   **Description:** CD-ROM.
**Copyright Claimant:** Roy Den Hollander
        **Date of Creation:** 2002
**Rights and Permissions:** Rights & permissions info. on original appl. in C.O.
                         **Names:** Hollander, Roy Den

[previous] [next]



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format: Full Record    [Format for Print/Save] |
| Enter your email address:    [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page