UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

ROY DEN HOLLANDER,

           Plaintiff,

    v.

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,

           Defendants.
------------------------------------------------------

Civil Action No.  08 CV 4045

**AFFIDAVIT SERVICE**
**SUMMONS AND COMPLAINT**

STATE OF NEW YORK   )
                                 ) ss:
COUNTY OF NEW YORK  )

I, Alan Flacks, being duly sworn, depose and say:

    I am not a party in this action, am over the age of 18 years, and reside in New York County, New York.  I personally served on the following defendants on the dates and at the addresses indicated one copy of the Summons and Complaint in the above captioned case:

    Deborah Swindells Donovan, Esq.
    Gordon & Rees, LLP
    90 Broad Street, 23rd Floor
    New York, N.Y.  10004

Date: Oct. 17, 2008

    Paul W. Steinberg, Esq.
    14 East Fourth Street, Suite 408
    New York, N.Y.  10012.

Date: Oct. 21, 2008

                                        _____
                                        Alan Flacks

Sworn to before me on the
23 day of October 2008

Robert Gross
Notary Public, State of New York
No. 01GR6171669
Qualified in Kings County
Commission Expires 07/30/2011