# ROY DEN HOLLANDER
### Attorney at Law

545 East 14th Street, 10D  Tel. & Fax: (212) 995-5201
New York, NY  10009  Mobile 917 687 0652
rdhhh@yahoo.com

December 12, 2008

**By First Class Mail & ECF**

Diane Krebs, Esq.
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, N.Y. 10004

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012

### Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(CLP)

Dear Defense Counsel:

    I am the attorney representing myself as the plaintiff in the above captioned civil action for copyright infringement.

    In accordance with Judge Block's Memorandum and Order of November 18, 2009, which converted the defendants' motion to dismiss to one for summary judgment, I enclose the following:

1. Notice of Cross-Motion for Summary Judgment;

2. Statement of Material Facts;

3. Declaration of Plaintiff Roy Den Hollander with exhibits attached;

4. Memorandum of Law in Support of Plaintiff's Cross-Motion for Summary Judgment; and

5. Cover letter addressed to Judge Block.

                                                              Sincerely,

/S/

Roy Den Hollander (1957)

CC:    Diane Krebs, Esq.
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, N.Y. 10004
(212) 269-5500

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012
(212) 529-5400