UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

ROY DEN HOLLANDER,                                Civil Action No.  08 CV 4045

                     Plaintiff,

          v.                                **AFFIRMATION SERVICE**
                                       **SUMMARY JUDGMENT**

DEBORAH SWINDELLS DONOVAN,                        **CROSS-MOTION**
PAUL W. STEINBERG, and
JANE DOE,

                    Defendants.
------------------------------------------------------


       I, Roy Den Hollander, an attorney admitted to practice in New York State declare under

penalty of perjury that on December 17, 2009, I served a copy of the

1. Notice of Cross-Motion for Summary Judgment;
2. Statement of Material Facts;
3. Declaration of Plaintiff Roy Den Hollander with exhibits attached;
4. Memorandum of Law in Support of Plaintiff's Cross-Motion for Summary Judgment; and
5. Cover letter addressed to Judge Block.

on the persons listed below by first class U.S. post with postage paid:

      Diane Krebs, Esq.
      Gordon & Rees LLP
      90 Broad Street, 23rd Floor
      New York, N.Y. 10004

      Paul W. Steinberg, Esq.
      14 East Fourth Street, Suite 408
      New York, N.Y. 10012.


                           /S/
                       _____
                       Roy Den Hollander, Esq.
                       Attorney and plaintiff
                       545 East 14 Street, 10D
                       New York, N.Y. 10009
                       (917) 687-0652