Den Hollander Decl.
Exhibit B



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 4 of 7 entries



*Stupid frigging fool.*

             **Type of Work:** Text
**Registration Number / Date:** TXu001053401 / 2002-04-20
                      **Title:** Stupid frigging fool.
           **Description:** CD-ROM.
   **Copyright Claimant:** Roy Den Hollander
       **Date of Creation:** 2002
**Rights and Permissions:** Rights & permissions info. on original appl. in C.O.
                 **Names:** Hollander, Roy Den

