Den Hollander Decl.
Exhibit C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 2 of 9 entries



*Fear Corrupts.*

**Type of Work:** Text
**Registration Number / Date:** TXu001623428 / 2007-11-13
**Application Title:** Fear Corrupts.
**Title:** Fear Corrupts.
**Description:** Print material, 1 p.
**Copyright Claimant:** Roy Den Hollander. Address: 545 East 14 Street, Apt. 10D, New York, NY, 10009.
**Date of Creation:** 2001
**Authorship on Application:** Roy Den Hollander. Authorship: Text.
**Rights and Permissions:** Roy Den Hollander, 545 East 14 Street, Apt. 10D, New York, NY, 10009, (917) 687-0652, rdhhh@yahoo.com
**Copyright Note:** C.O. correspondence.
**Names:** Hollander, Roy Den



---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 6 of 9 entries



*Two Sides.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu001623429 / 2007-11-13 |
| **Application Title:** | Two Sides. |
| **Title:** | Two Sides. |
| **Description:** | Print material, 2 p. |
| **Copyright Claimant:** | Roy Den Hollander. Address: 545 East 14 Street, Apt 10D, New York, NY, 10009. |
| **Date of Creation:** | 2001 |
| **Authorship on Application:** | Roy Den Hollander. Authorship: Text. |
| **Rights and Permissions:** | Roy Den Hollander, 545 East 14 Street, Apt 10D, New York, NY, 10009, (917) 687-0652, rdhhh@yahoo.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Hollander, Roy Den |



Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm | FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0000 7278 2423
Status: **Delivered**

Your item was delivered at 7:32 AM on November 9, 2007 in WASHINGTON, DC 20559.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7005 3110 0000 7278 2423

WASHINGTON DC 20559   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.14 | 0018 |
| Certified Fee | $2.65 | 15 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.79 | 11/05/2007 |

Sent To: Library Congress, Copyright
Street, Apt. No.; or PO Box No.: 101 Independence Ave SE
City, State, ZIP+4: Washington, DC 20559

PS Form 3800, June 2002   See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        11/29/2007