**Den Hollander Decl.
Exhibit D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-596-208

**Effective date of
registration:**

November 13, 2007

## Title

**Title of Work:** An Invisible Weapon

## Completion/ Publication

**Year of Completion:** 2001

## Author

■        **Author:** Roy Den Hollander

**Author Created:** Text (includes fiction, nonfiction, poetry, computer programs, etc.)

## Copyright claimant

**Copyright Claimant:** Roy Den Hollander

545 East 14 Street, Apt. 10-D, New York, NY, 10009

## Rights and Permissions

**Name:** Roy Den Hollander

**Email:** rdhhh@yahoo.com                    **Telephone:** 917-687-0652

**Address:** 545 East 14 Street

Apt. 10D

New York, NY 10009

## Certification

**Name:** Roy Den Hollander

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-597-060

**Effecuve date of
registration:**

November 13, 2007

## Title

**Title of Work:** Do Men Cause the Wars?

## Completion/ Publication

**Year of Completion:** 2006

## Author

**Author:** Roy Den Hollander

**Author Created:** Text

## Copyright claimant

**Copyright Claimant:** Roy Den Hollander

545 East 14th Street, Apt. 10D, New York, NY, 10009

## Rights and Permissions

**Name:** Roy Den Hollander

**Telephone:** 917-687-0652

**Address:** 545 East 14th Street

Apt. 10D

New York, NY 10009

## Certification

**Name:** Roy Den Hollander

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-596-340**

Effective Date of
registration:

November 13, 2007

## Title

**Title of Work:** Some Differences: Men v. Girls

## Completion/ Publication

**Year of Completion:** 2006

## Author

■ **Author:** Roy Den Hollander

**Author Created:** Text

## Copyright claimant

**Copyright Claimant:** Roy Den Hollander

545 East 14th Street, Apt. 10-D, New York, NY, 10009

## Rights and Permissions

**Name:** Roy Den Hollander

**Telephone:** 917-687-0652

**Address:** 545 East 14th Street, Apt. 10-D

New York, NY 10009

## Certification

**Name:** Roy Den Hollander

Page 1 of 1