**Den Hollander Decl.**
**Exhibit G**

DEBORAH SWINDELLS DONOVAN
DDonovan@gordonrees.com

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

November 1, 2007

**BY REGULAR MAIL**
Honorable Miriam Goldman Cedarbaum
United States District Court
Southern District of New York
500 Pearl Street, Room 1330
New York, New York   10007

Re:   Hollander v. Copacabana Nightclub, et al.
      Docket No. 07 Civ. 5873 (MGC)

Dear Judge Cedarbaum:

We represent Defendant Lotus in this case. We have just received a letter from Plaintiff, Roy Den Hollander, dated October 29, 2007, which cavalierly accuses me personally of committing a crime and copyright violations. We apologize to the Court for having to respond but we cannot leave such baseless accusations unaddressed.

Mr. Hollander's outrageous accusations are entirely speculative and merely reflect an effort to deflect attention from the weakness of his case. The letter is completely irrelevant to any existing issue in the case and should be ignored. It is a waste of both the Court's time and that of Lotus.

Should the Court wish me to provide any additional information, I would be happy to do so.

Honorable Miriam Goldman Cedarbaum
November 1, 2007
Page 2

        Thank you for your consideration.

        Respectfully submitted,

        GORDON & REES, L.L.P.

        Deborah Swindells Donovan

**VIA REGULAR MAIL**

cc: Roy Den Hollander
Plaintiff
545 East 14th Street, 10D
New York, New York 10009
(212) 995-5201

Robert S. Grossman, Esq.
Attorneys for Defendant Sol
585 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 745-1715

Vanessa R. Elliott, Esq.
Beattie Padovano, LLC
Attorneys for Defendant A.E.R.
50 Chestnut Ridge Road
Montvale, New Jersey 07645
(201) 573-1810

Charles B. Linn, Esq.
Attorney for Defendant Copacabana
901 North Broadway
North White Plains, New York 10603
(914) 949-4200

Danny Free, Principal
China Club
268 West 47th Street
New York, New York 10036
(212) 398-3800