**Den Hollander Decl.
Exhibit B**



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 4 of 7 entries



Labeled View

*Stupid frigging fool.*

Type of Work: Text
Registration Number / Date: TXu001053401 / 2002-04-20
Title: Stupid frigging fool.
Description: CD-ROM.
Copyright Claimant: Roy Den Hollander
Date of Creation: 2002
Rights and Permissions: Rights & permissions info. on original appl. in C.O.
Names: Hollander, Roy Den



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format Full Record | | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page