**Den Hollander Decl.
Exhibit C**



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 2 of 9 entries

◀ **previous**   **next** ▶

---

Labeled View

*Fear Corrupts.*



**Type of Work:** Text
**Registration Number / Date:** TXu001623428 / 2007-11-13
**Application Title:** Fear Corrupts.
**Title:** Fear Corrupts.
**Description:** Print material, 1 p.
**Copyright Claimant:** Roy Den Hollander. Address: 545 East 14 Street, Apt. 10D, New York, NY, 10009.
**Date of Creation:** 2001
**Authorship on Application:** Roy Den Hollander. Authorship: Text.
**Rights and Permissions:** Roy Den Hollander, 545 East 14 Street, Apt. 10D, New York, NY, 10009, (917) 687-0652, rdhhh@yahoo.com
**Copyright Note:** C.O. correspondence.
**Names:** Hollander, Roy Den

◀ **previous**   **next** ▶

| Save, Print and Email (Help Page) |
| Select Download Format   Full Record    Format for Print/Save |
| Enter your email address:    Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |
|---|---|---|---|---|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hollander roy
Search Results: Displaying 6 of 9 entries

◀ previous    next ▶

**Labeled View**

*Two Sides.*

**Type of Work:** Text
**Registration Number / Date:** TXu001623429 / 2007-11-13
**Application Title:** Two Sides.
**Title:** Two Sides.
**Description:** Print material, 2 p.
**Copyright Claimant:** Roy Den Hollander. Address: 545 East 14 Street, Apt 10D, New York, NY, 10009.
**Date of Creation:** 2001
**Authorship on Application:** Roy Den Hollander. Authorship: Text.
**Rights and Permissions:** Roy Den Hollander, 545 East 14 Street, Apt 10D, New York, NY, 10009, (917) 687-0652, rdhhh@yahoo.com
**Copyright Note:** C.O. correspondence.
**Names:** Hollander, Roy Den

◀ previous    next ▶

| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record   Format for Print/Save |
| Enter your email address:   Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=6&ti=1,6&Search%5FArg=hollander%20roy...   12/10/2009



**UNITED STATES**
**POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7005 3110 0000 7278 2423
Status: **Delivered**

Your item was delivered at 7:32 AM on November 9, 2007 in
WASHINGTON, DC 20559.

Track & Confirm

Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )        ( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

