Den Hollander Decl.
Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-596-208**

**Effective date of registration:**

November 13, 2007

## Title
**Title of Work:** An Invisible Weapon

## Completion/ Publication
**Year of Completion:** 2001

## Author
- **Author:** Roy Den Hollander
  **Author Created:** Text (includes fiction, nonfiction, poetry, computer programs, etc.)

## Copyright claimant
**Copyright Claimant:** Roy Den Hollander
545 East 14 Street, Apt. 10-D, New York, NY, 10009

## Rights and Permissions
**Name:** Roy Den Hollander
**Email:** rdhhh@yahoo.com     **Telephone:** 917-687-0652
**Address:** 545 East 14 Street
Apt. 10D
New York, NY 10009

## Certification
**Name:** Roy Den Hollander

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-597-060**

**Effective date of registration:**

November 13, 2007

## Title
**Title of Work:** Do Men Cause the Wars?

## Completion/Publication
**Year of Completion:** 2006

## Author
- **Author:** Roy Den Hollander
- **Author Created:** Text

## Copyright claimant
**Copyright Claimant:** Roy Den Hollander
545 East 14th Street, Apt. 10D, New York, NY, 10009

## Rights and Permissions
**Name:** Roy Den Hollander
**Telephone:** 917-687-0652
**Address:** 545 East 14th Street
Apt. 10D
New York, NY 10009

## Certification
**Name:** Roy Den Hollander

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-596-340**

Effective date of registration:

November 13, 2007

## Title
**Title of Work:** Some Differences: Men v. Girls

## Completion/ Publication
**Year of Completion:** 2006

## Author
- **Author:** Roy Den Hollander
  **Author Created:** Text

## Copyright claimant
**Copyright Claimant:** Roy Den Hollander
545 East 14th Street, Apt. 10-D, New York, NY, 10009

## Rights and Permissions
**Name:** Roy Den Hollander
**Telephone:** 917-687-0652
**Address:** 545 East 14th Street, Apt. 10-D
New York, NY 10009

## Certification
**Name:** Roy Den Hollander

Page 1 of 1