DIANE KREBS
DKREBS@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

December 22, 2009

**BY ECF**

The Honorable Frederic Block
Senior United States District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Roy Den Hollander v. Deborah Swindells Donovan, et al.
            Case No.: 08-cv-4045 (FB)(LB)
            Our File No.: MGT 8010359

Dear Judge Block:

      We represent defendant Deborah Swindells Donovan ("Donovan") in the above-referenced matter. We write to seek clarification and guidance from the Court concerning the cross-motion for summary judgment filed by Plaintiff Roy Den Hollander ("Plaintiff").

      We understand the Court's *Memorandum and Order* dated November 18, 2009 (the "Order") as converting Donovan's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6) into one for summary judgment pursuant to Fed. R. Civ. P. 56. No provision is made in the Order permitting Plaintiff to cross-move for summary judgment. We therefore expected Plaintiff to file his papers on December 18, 2009 as opposition papers to Donovan's converted motion, not to initiate his own motion.

      Accordingly, we respectfully request clarification with respect to whether the Court intends to treat Plaintiff's cross-motion for summary judgment as an affirmative motion by Plaintiff or as an opposition to Donovan's summary judgment motion. Should the Court deem Plaintiff's submission a cross-motion for summary judgment, we respectfully request an opportunity to respond.

The Honorable Frederic Block
December 22, 2009
Page 2

      We thank Your Honor for considering this request. Should Your Honor require anything else, please do not hesitate to contact us.

                              Respectfully submitted,

                              GORDON & REES LLP

                              Diane Krebs

DK: jsh

cc:    *Via ECF and US Mail*
       Roy Den Hollander, Esq.
       Paul W. Steinberg, Esq.

MGT/8010359/7356216v.1