**Den Hollander Reply
Ex. B**

# ROY DEN HOLLANDER
### Attorney at Law

545 East 14th Street, 10D  
New York, NY 10009

Tel. & Fax: (212) 995-5201  
Mobile 917 687 0652  
rdhhh@yahoo.com

February 10, 2009

Judge Frederick Block  
Senior United States District Judge  
United States Courthouse  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, N.Y. 11201

### Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(CLP)

Dear Judge Block:

On Friday, February 6th at the pre-motion conference, defendant Steinberg admitted that he was the one who initially reproduced the six essays, and that he gave them to defendant Swindells-Donovan.

As such, I am withdrawing the following paragraphs of the Complaint as they pertain to defendant Swindells-Donovan: ¶¶ 6, 17, 25 and ¶ 28 now only applies to one essay "A Different Time."

Thank you for your time.

Sincerely,

/S/

Roy Den Hollander (1957)

CC: Diane Krebs, Esq.  
Gordon & Rees LLP  
90 Broad Street, 23rd Floor  
New York, N.Y. 10004  
(212) 269-5500

Paul W. Steinberg, Esq.
14 East Fourth Street, Suite 408
New York, N.Y. 10012
(212) 529-5400

**Den Hollander Reply
Ex. C**



Roy Den Hollander <roy17den@gmail.com>

# Hollander v. Copacabana

**Deborah Swindells Donovan <DDonovan@gordonrees.com>**      Wed, Oct 24, 2007 at 5:15 PM
To: Roy Den Hollander <roy17den@gmail.com>

Roy,

You are entitled to take any action you deem appropriate. However, I did not obtain those articles by "hacking." If you read my declaration carefully, you will see that I stated only that it was my understanding that the "articles" had been published on the internet. <u>The articles were given to me by a third party.</u>

I notice you are not denying that you wrote the offensive articles or that they appeared on the internet at one time

I am not the least bit concerned with your retaliatory action. Nor will it intimidate or prevent me from representing my client to the best of my ability.

Deborah

---

**GORDON & REES LLP**

Deborah Swindells Donovan
*Partner*

| | | |
|---|---|---|
| 90 Broad Street, 23rd Floor | Main Phone: | (212) 269-5500 |
| New York, NY 10004 | Fax: | (212) 269-5505 |
| email: ddonovan@gordonrees.com | | |
| info: my Bio | | |

San Francisco·San Diego·Los Angeles·Sacramento·Newport Beach·Las Vegas
Portland·Houston·Phoenix·Dallas·New York·Long Island·Newark·Denver
http://www.gordonrees.com

---

**From:** Roy Den Hollander [mailto:roy17den@gmail.com]
**Sent:** Wednesday, October 24, 2007 6:08 PM
**To:** Deborah Swindells Donovan
**Subject:** Hollander v. Copacabana

[Quoted text hidden]

---

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Houston *
Phoenix * Dallas * New York * Long Island * Newark * Denver

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com



Roy Den Hollander <roy17den@gmail.com>

# Hollander v. Copacabana

**Roy Den Hollander <roy17den@gmail.com>**       Wed, Oct 24, 2007 at 5:39 PM
To: Deborah Swindells Donovan <DDonovan@gordonrees.com>

Dear Deborah,

So who's the alleged third party?

[Quoted text hidden]



Roy Den Hollander <roy17den@gmail.com>

# Hollander v. Copacabana

**Deborah Swindells Donovan <DDonovan@gordonrees.com>**  Wed, Oct 24, 2007 at 5:40 PM
To: Roy Den Hollander <roy17den@gmail.com>

I'm sure the investigators will find out if and when they investigate. I'm not going to offer up someone else for you to persecute..

**From:** Roy Den Hollander [mailto:roy17den@gmail.com]
**Sent:** Wednesday, October 24, 2007 6:39 PM

[Quoted text hidden]

[Quoted text hidden]