# ROY DEN HOLLANDER
## Attorney at Law

545 East 14th Street, 10D  
New York, NY  10009

Tel. & Fax: (212) 995-5201  
Mobile 917 687 0652  
rdhhh@yahoo.com

January 30, 2010

**By First Class Mail & ECF**

Diane Krebs, Esq.  
Gordon & Rees LLP  
90 Broad Street, 23rd Floor  
New York, N.Y. 10004

Paul W. Steinberg, Esq.  
14 East Fourth Street, Suite 408  
New York, N.Y. 10012

## Den Hollander v. Donovan, et al., No. 08 CV 4045 (FB)(CLP)

Dear Defense Counsel:

    I am the attorney representing myself as the plaintiff in the above captioned civil action for copyright infringement.

    In accordance with Judge Block's Memorandum and Order of December 28, 2009, I enclose a copy of the plaintiff's reply memorandum of law in support of his cross motion for summary judgment and in opposition to defendant Swindells-Donovan's motion for summary judgment.

Sincerely,

/S/

Roy Den Hollander (1957)