UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------
ROY DEN HOLLANDER,                                    Civil Action No.  08 CV 4045
                   Plaintiff,

           v.                                         **AFFIRMATION SERVICE**
                                                           **SUMMARY JUDGMENT**
DEBORAH SWINDELLS DONOVAN,                    **REPLY**
PAUL W. STEINBERG, and
JANE DOE,
                  Defendants.
-------------------------------------------------------

     I, Roy Den Hollander, an attorney admitted to practice in New York State declare under penalty of perjury that on February 1, 2010, I served a copy of the plaintiff's reply memorandum of law in support of his cross motion for summary judgment and in opposition to defendant Swindells-Donovan's motion for summary judgment on the persons listed below by first class U.S. post with postage paid:

    Diane Krebs, Esq.
    Gordon & Rees LLP
    90 Broad Street, 23rd Floor
    New York, N.Y. 10004

    Paul W. Steinberg, Esq.
    14 East Fourth Street, Suite 408
    New York, N.Y. 10012.

                                                                    /S/
                                                      _____
                                                      Roy Den Hollander, Esq.
                                                      Attorney and plaintiff
                                                      545 East 14 Street, 10D
                                                      New York, N.Y. 10009
                                                      (917) 687-0652