DIANE KREBS
DKREBS@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET, 23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

February 9, 2010

**By ECF**

The Honorable Frederic Block
Senior United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Roy Den Hollander v. Deborah Swindells Donovan
            Case No.: 08-CV-04045 (FB)(LB)

Dear Judge Block:

    We represent Defendant Deborah Swindells Donovan in the above-referenced matter. We have been advised by Court ECF notice that oral argument on the motion and cross-motion for summary judgment is scheduled for 3:30 p.m. on Friday, February 19, 2010.

    We write to respectfully request an alternate date for oral argument. This is due to my status as a Sabbath observer, which prevents me from appearing at 3:30 pm on Friday afternoon at this time of year. My office spoke with Mr. Den Hollander regarding an earlier time; however, he advised that he has a pre-trial conference that would likely pose a conflict.

    Should the Court wish to schedule oral argument on a Friday, such as February 26, 2010, I respectfully request that any such argument be set to commence no later than 2:30 p.m. This will enable me to have sufficient time thereafter to get home before sundown. Please note that we have been advised by Mr. Den Hollander that he is unavailable the morning of February 26, 2010, due to a compliance conference.

    I thank Your Honor for considering this important matter. Should the Court have any questions, please do not hesitate to contact me.

Respectfully submitted,

GORDON & REES LLP

*Diane Krebs*
Diane Krebs

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA
ARIZONA ♦ COLORADO ♦ WASHINGTON ♦ OREGON ♦ NEW JERSEY ♦ FLORIDA

The Honorable Frederic Block
February 9, 2010
Page 2

cc:    Roy Den Hollander, Esq. (via e-mail & ECF)
        Paul W. Steinberg, Esq. (via e-mail & ECF)

MGT/8010359/7522460v.1