```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

                                      ★  MAR 1 2 2010  ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK           BROOKLYN OFFICE
------------------------------------------------------------------X
ROY DEN HOLLANDER,                              JUDGMENT
                                                08-CV- 4045 (FB)
                        Plaintiff,

        -against-


DEBORAH SWINDEL-DONOVAN,
PAUL W. STEINBERG, and JANE DOE,

                        Defendants.
------------------------------------------------------------------X

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on March 11, 2010, granting Donovan's motion for summary judgment; denying Hollander's cross-motion; granting summary judgment in favor of Steinberg *sua sponte*; and dismissing the complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that Donovan's motion for summary judgment is granted; that Hollander's cross-motion is denied; that summary judgment in favor of Steinberg is granted *sua sponte*; and that the complaint is dismissed in its entirety.


Dated: Brooklyn, New York
       March 11, 2010                                   s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court