UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

ROY DEN HOLLANDER,
              Plaintiff,

      v.

DEBORAH SWINDELLS DONOVAN,
PAUL W. STEINBERG, and
JANE DOE,
              Defendants.

Civil Action No. 08-cv-4045 (FB)(ECF)

**Notice of Appeal**

-------------------------------------------------------

    Notice is given that Roy Den Hollander, an attorney appearing *pro se*, in the above named case, appeals to the United States Court of Appeals for the Second Circuit from a Memorandum and Order—as it pertains to only defendant Steinberg—dismissing with prejudice *[& The Memorandum and Order was]* the plaintiff's copyright infringement Complaint entered in this action on the 11th day of March 2010. *[* Roy Den Hollander]*

Dated: New York, N.Y.
       March 30, 2010

                                           Roy Den Hollander (RDH 1957)
                                           Attorney and *pro se* plaintiff
                                           545 East 14 Street
                                           New York, NY 10009
                                           (917) 687 0652
                                           rdhhh@yahoo.com

```
&%RP&%D1&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653013126
Cashier ID: ajackson
Transaction Date: 03/31/2010
Payer Name: ROY DEN HOLLANDER
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROY DEN HOLLANDER
 Case/Party: D-NYE-1-08-CV-004045-000
 Amount:      $455.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 17496403176
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00
```